DOCKET NO. 552

AUG 19 1983

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH NEAR GOLDSBORO, MARYLAND, ON JANUARY 15, 1980

TRANSFER ORDER*

All parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, the action pending in the District of Connecticut to the District of Maryland for coordinated or consolidated pretrial proceedings with the action pending in that district. The Panel has found upon consideration of the papers submitted[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of Connecticut be, and the same hereby is, transferred to the District of Maryland and, with the consent of that court, assigned to the Honorable Joseph C. Howard for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

*Judges Robert H. Schnacke and Fred Daugherty took no part in the decision of this matter.

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-552 -- <u>In re Air Crash Disaster Near Goldsboro, Maryland, on January 15, 1980</u>

<u>District of Connecticut</u>

<u>Corporate Air, Inc., et al. v. Rockwell International Corp.,</u> C.A. No. H-82-68

<u>District of Maryland</u>

<u>Hong Van Hguyen, et al. v. Rockwell International Corp.,</u> C.A. No. JH-82-2158

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 10 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 552

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER NEAR GOLDSBOROUGH, MARYLAND, ON JANUARY 15, 1980

Corporate Air, Inc., et al. v. Rockwell International Corp., D. Maryland, C.A. No. JH-83-3344 (D. Connecticut, C.A. No. H-82-68)

REMAND ORDER*

Presently before the Panel is a motion pursuant to Rule 11, R.P.J.P.M.L., 89 F.R.D. 273, 280-82 (1981), by defendant in the above-captioned action (Corporate Air) to vacate the conditional remand order entered in that action. On the basis of the papers filed,[1] we find that remand of Corporate Air is appropriate at this time and, accordingly, we order Corporate Air remanded to the District of Connecticut. In considering remand of actions, the Panel is greatly influenced by the transferee judge's suggestion that remand is appropriate. In re Evergreen Valley Project Litigation, 435 F. Supp. 923, 924 (J.P.M.L. 1977). Judge Joseph C. Howard, the transferee judge in this litigation, has suggested that remand of Corporate Air is appropriate and has thereby expressed his perception that he believes his role under Section 1407 to be completed regarding Corporate Air. We adopt his recommendation.

IT IS THEREFORE ORDERED that the action entitled Corporate Air, Inc., et al. v. Rockwell International Corp., D. Maryland, C.A. No. JH-83-3344 (D. Connecticut, C.A. No. H-82-68), be, and the same hereby is, remanded from the District of Maryland to the District of Connecticut.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Fred Daugherty recused himself and took no part in the decision of this matter. Additionally, Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

1/ The parties to Corporate Air waived their right to oral argument and therefore the question of remand of Corporate Air under 28 U.S.C. §1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).